CLERKS OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

SEP 15 2023

LAURA A. AUSTIN, CLERK
BY: s/ H. MCDONALD
DEPUTY CLERK

### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF VIRGINIA
### DANVILLE DIVISION

| | |
|---|---|
| JERRY S. FONTAINE, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 4:22-cv-104 |
| | ) |
| v. | ) |
| | ) By: Michael F. Urbanski |
| VIRGINIA DEPARTMENT | ) Chief United States District Judge |
| OF CORRECTIONS, et al., | ) |
| | ) |
| | ) |
| Defendants. | ) |

### ORDER

This matter comes before the court on pro se plaintiff Jerry Fontaine's "Reply in Opposition," which contains a motion to continue the case through July 1, 2025. ECF No. 37. This action was previously referred to the Honorable Robert S. Ballou, United States Magistrate Judge,[1] pursuant to 28 U.S.C. § 636(b)(1)(B), for proposed findings of fact and a recommended disposition on several motions. Magistrate Judge Ballou filed a Report and Recommendation (R&R) on December 9, 2022, recommending that defendants' Rule 12(b)(6) motion to dismiss be granted. ECF No. 22. On August 4, 2023, the court adopted the R&R and dismissed Fontaine's complaint without prejudice. ECF No. 36, at 1.

In that order, the court also granted Fontaine leave to file an amended complaint within thirty days to address the pleading deficiencies in his Title VII, Virginia Human Rights Act, Rehabilitation Act, and Fourteenth Amendment claims consistent with the findings in the

---

[1] Judge Ballou has since been confirmed as a district court judge to the United States District Court for the Western District of Virginia.

order. Id. at 12–13. The court directed the Clerk to dismiss the case and strike it from the court's docket if Fontaine did not file an amended complaint within that timeframe. Id. at 13. On August 17, 2023, Fontaine filed a "Reply in Opposition," which contained a motion to continue the matter through July 1, 2025. Reply, ECF No. 37. Defendants filed an opposition on August 31, 2023. ECF No. 38.

Fontaine's Reply does not address any of the pleading deficiencies noted in the R&R or August 4, 2023, order, and cursorily repeats his allegation that "Plaintiff has only a misdemeanor, which was pardoned by the Gov[ernor] of Virginia. Misdemeanors are not a bar to employment. White employees of the Commonwealth have been hired with misdemeanor charges." Reply, ECF No. 37, at 1. Fontaine's Reply is not an amended complaint and fails to meet the requirements of Federal Rule of Civil Procedure 8(a).

Fontaine's thirty-day window to file an amended complaint expired on September 4, 2023. Therefore, the Clerk is **DIRECTED** to **DISMISS** this case without prejudice and strike it from the docket of the court. Fontaine's motion to continue the matter through July 1, 2025, ECF No. 37, is **DENIED as moot** and deadlines **SUSPENDED**.

It is so **ORDERED**.

Entered: September 15, 2023

Digitally signed by Michael F.
Urbanski      Chief U.S.
District Judge
Date: 2023.09.15 10:43:22
-04'00'

Michael F. Urbanski
Chief United States District Judge